Argued and submitted October 23, 1991, convictions affirmed; remanded for resentencing April 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

ALTHA LEE BAKER,
*Appellant.*

(90C-20378; CA A68212)

828 P2d 1061

Steven V. Humber, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem. argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Defendant was convicted of possession and delivery of controlled substances, ORS 475.992, both as "part of a drug cultivation, manufacture or delivery scheme or network."

Defendant argues that the two convictions should have been merged. She did not raise that issue at sentencing, and we decline to address it.

She also contends that, because the scheme or network criterion is unconstitutionally vague, her sentences under the guidelines are unlawful. *State v. Moeller*, 105 Or App 434, 806 P2d 130, *rev dismissed* 312 Or 76, 815 P2d 701 (1991). The state concedes, correctly, that the court erred in that respect.

Convictions affirmed; remanded for resentencing.